# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roberto Carlos Osorio-Gomez, | No. CV-26-02701-PHX-MTL (MTM) |
| Petitioner, | **ORDER** |
| v. | |
| Eric Rokosky, et al., | |
| Respondents. | |

The Court received an email from Petitioner's counsel requesting a status update. Respondents' counsel was not copied on the email. Petitioner's counsel is admonished that *ex parte* communications are improper and any requests of the Court need to be made by motion on the public docket. The Court will take no action on Petitioner's counsel's email.

**IT IS SO ORDERED**.

Dated this 12th day of June, 2026.

_____
Michael T. Liburdi
United States District Judge